

JAMES A. SAVILLE, JR.
KIPP C. LELAND
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SHANGHAI HU RUI INDUSTRIES CO. LTD.;  :

              Plaintiff,     :    Index No.:
                                           08 CV _____ (   )

   - Against -                      :

HO FENG MARITIME CO., S.A. and        :
HO MAO MARITIME CO., S.A.;

                                         :    **RULE 7.1 STATEMENT**
             Defendants.
----------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Shanghai Hu Rui Industries Co. Ltd. certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

                    **NONE**

Dated: New York, New York
       July 1, 2008

                                                  Kipp C. Leland