

JUDGE CASTEL

JAMES A. SAVILLE, JR.
KIPP C. LELAND
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SHANGHAI HU RUI INDUSTRIES CO. LTD.;   :

              Plaintiff,   :

   - Against -   :

HO FENG MARITIME CO., S.A. and   :
HO MAO MARITIME CO., S.A.;   :

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No.:
**08 CV _____ (   )**

**LELAND AFFIRMATION**
**PURSUANT TO RULE (B)**


    I, Kipp C. Leland, hereby affirm as follows:

1. I am an associate with Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2. This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendants, Ho Feng Maritime Co., S.A. ("Ho Feng") and Ho Mao Maritime Co., S.A. ("Ho Mao"), are corporations or other business entities which cannot be "found" within this District for the purpose of an attachment under Rule B.

4. I contacted the office of the New York Department of State, Division of Corporations on July 1, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named Ho Feng Maritime Co., S.A. and Ho Mao Maritime Co., S.A. The search result indicated that neither of these defendants are a New York corporation, nor are they licensed, authorized or registered to do business in the State of New York as either a domestic or foreign corporation.

5. I consulted with Directory Assistance for New York on July 1, 2008, for area codes (212), (718), (914), (646), and toll-free listings, and no listings for Ho Feng Maritime Co., S.A. and Ho Mao Maritime Co., S.A. were found.

6. I accessed on July 1, 2008, through the internet, the Yellow Pages telephone directory database (yellowpages.com) and found no listing in that database for any office or agent of any of the defendants in the State of New York.

7. I accessed the Google search engine and conducted a search for Ho Feng Maritime Co., S.A. and Ho Mao Maritime Co., S.A. I found no websites maintained by either

company. These two company names appeared on some websites maintained by others, and on those websites there was no indication that either defendant had any offices in the United States.

8. Based upon the foregoing, it is respectfully submitted that defendants Ho Feng Maritime Co., S.A. and Ho Mao Maritime Co., S.A. cannot be "found" within this District within the meaning of Rule B, thus justifying issuance of an order of attachment against the assets of defendants as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby affirm under the penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2008

_____
Kipp C. Leland

29887:Rule B\Leland Rule B Affirmation