**JUDGE CASTEL**

**08 CV 6004**

JAMES A. SAVILLE, JR.
KIPP C. LELAND
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08
```

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
------------------------------------X
SHANGHAI HU RUI INDUSTRIES CO. LTD.;  :

        Plaintiff,    :    Index No.:
                            **08 CV _____ (   )**

- Against -    :

HO FENG MARITIME CO., S.A. and   :   **ORDER APPOINTING SPECIAL**
HO MAO MARITIME CO., S.A.;           **PROCESS SERVER PURSUANT**
                          :   <u>**TO RULE 4 (c)**</u>
        Defendants.
------------------------------------X

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of Kipp C. Leland, sworn to on July 1, 2008, and good cause having been shown, it is on this __ day of July, 2008.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any

Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendants Ho Feng Maritime Co., S.A. and Ho Mao Maritime Co., S.A.; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendants Ho Feng Maritime Co., S.A. and Ho Mao Maritime Co., S.A..

Dated: New York, New York
    July __, 2008

_____
UNITED STATES DISTRICT JUDGE

2