# HILL RIVKINS

## HILL RIVKINS & HAYDEN

45 Broadway, Suite 1500, New York, NY 10006-3739
Tel: 212 669-0600   Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8/25/08

## MEMO ENDORSED

August 25, 2008

BY FAX 212-805-7949

The Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten: Conference adjourned from August 28 to September 26, 2008 at 2:45 p.m. SO ORDERED. /s/ P. Kevin Castel USDJ 8-25-08]*

Re:   Shanghai Hui Rui v. Ho Feng Maritime
      USDC-SDNY 08 Civ. 6004 (PKC)
      Our File No.: 29887 JAS/KCL

Dear Judge Castel,

We represent the Plaintiff in the captioned matter and write to advise the Court as directed by this Court's Order Scheduling Initial Pretrial Conference dated July 11, 2008 (hereinafter "Order"). As the Court will recall, this matter was opened with a request for Process for Maritime Attachment and Garnishment under Supplemental Admiralty Rule B, which was granted. Plaintiffs are currently attempting to attach assets of the defendants, but as of today no assets have yet been attached, and efforts to effect an attachment of assets are continuing. Pursuant to your Order, we provide the following information in separate paragraphs:

1) This case involves nondelivery of a shipment of logs from Malaysia to China. The vessel never arrived at the discharge port and the cargo was never delivered.
2) No motions are contemplated at this time.
3) Plaintiffs are desirous of settling this matter once assets of the defendant are attached.

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: 203 315-9274  Fax: 203 315-9264
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

The Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
August 25, 2008
Page 2

      As the Defendant has not yet been served and no attachments have yet been accomplished, Plaintiff respectfully requests that the conference on this matter currently scheduled for August 28, 2008 be adjourned for 90 days. No previous requests for adjournment have been requested by Plaintiffs in this matter.

                             Respectfully Submitted,

                             HILL RIVKINS & HAYDEN LLP

                             Kipp C. Leland

KCL
01 Judge Castel.doc

